E-filing

FILED MAR 31 2008

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## OFFENSE CHARGED

Title 18 U.S.C. Section 641 - Theft of Government Property (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misde-meanor
☐ Felony

PENALTY: 1 year imprisonment; $100,000 fine; $25 special assessment; 1 year of supervised release; 5 years probation

## DEFENDANT - U.S

VANESSA McKNIGHT

DISTRICT COURT NUMBER

CR08-0208 WDB

FILED MAR 31

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Dept. of Homeland Security Office of the Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Joseph P. Russoniello
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Maureen C. Bessette

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment ☒ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

650 E. 17th Street, Apt. 16; Oakland, CA 94607

Date/Time: March 28, 2008; 10 am Before Judge: Brazil

Comments:




JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

VANESSA McKNIGHT,

Defendant.

No. CR08-0208 WDB

VIOLATION: Title 18, United States Code, Section 641 - Theft of Government Property (Class A Misdemeanor)

OAKLAND VENUE

INFORMATION

The United States Attorney charges:

On or about and between August 2005 and December 2005, in the Northern District of California, the defendant,

VANESSA McKNIGHT,

did knowingly embezzle, steal, purloin, and convert to her own use money of the United States or a department and agency thereof, to wit: Federal Emergency Management Agency disaster assistance benefits, and did receive, conceal, and retain such money with the intent to convert it to her gain, knowing it to have been embezzled, stolen, purloined, and converted, in violation of

///

Title 18, United States Code, Section 641, a Class A Misdemeanor.

DATED: MARCH 31, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

W. DOUGLAS SPRAGUE
Assistant United States Attorney
Chief, Oakland Branch

(Approved as to form: )
MAUREEN BESSETTE
Assistant United States Attorney