JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN202121)
Chief, Oakland Branch

MAUREEN BESSETTE (NYSBN 246854)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   Email: Maureen.Bessette@usa.doj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-08-0208-WDB |
|     Plaintiff, ) | |
| v. ) | **MOTION FOR SUMMONS** |
| VANESSA McKNIGHT, ) | |
|     Defendant. ) | |

   Based on the facts set forth in the Declaration of Sarala Nagala in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Vanessa McKnight, 650 E. 17th Street, Apartment 16, Oakland, CA 94607. The facts set forth in the declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 04-02-08                      /s/
                                        MAUREEN BESSETTE
                                        Assistant United States Attorney

MOTION FOR SUMMONS