JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN202121)
Chief, Oakland Branch

MAUREEN BESSETTE (NYSBN 246854)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   Email: Maureen.Bessette@usa.doj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>  v. )<br>VANESSA McKNIGHT, )<br>    Defendant. ) | Case No. CR-08-0208-WDB<br><br>**DECLARATION Of SARALA NAGALA IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |

I, Sarala Nagala, hereby declare as follows:

1. I am a Law Clerk in the United States Attorney's Office assigned to this case. I have received the following information from agents employed by the Department of Homeland Security Office of the Inspector General (DHS OIG) and from reports and other documents provided to me by the DHS OIG.

2. Hurricane Katrina made landfall in the southeastern United States on August 29, 2005. On or about September 16, 2005, McKnight contacted the Federal Emergency Management Agency (FEMA) and applied for Hurricane Katrina disaster assistance by providing the following false information: (1) her primary residence was 2725 Hamilton Street, New Orleans,

////

1  Louisiana 70118; (2) her residence and personal property were damaged by Hurricane Katrina;
2  and (3) access to her residence was restricted as a result of the disaster.
3      3.  When McKnight applied for FEMA disaster assistance, she in fact resided in Oakland,
4  California, at the Shekinah Glory Worship Center Academy (SGWCA).  The proof that she
5  resided in Oakland, California, rather than New Orleans, Louisiana, is the following: (1) a
6  statement from Evelyn Combs, a former SGWCA employee, that McKnight moved into the
7  SGWCA on June 15, 2005, and was living there when Hurricane Katrina hit New Orleans; (2) a
8  County of Alameda Monthly Eligibility Report showing that, on August 2, 2005, McKnight
9  applied for financial assistance and food stamps with Alameda County, California, and listed her
10 SGWCA address on the application; (3) a County of Alameda Monthly Eligibility Report
11 showing that McKnight received financial aid and food stamps at her SGWCA address for the
12 months of July and August 2005; and (4) Social Security Administration records showing that,
13 on August 23, 2005 (six days before Hurricane Katrina), McKnight applied for a replacement
14 Social Security Card at the Social Security office in Oakland, California, and listed her SGWCA
15 address on the application.
16     4.  On September 17, 2005, FEMA mailed McKnight a letter that confirmed her application
17 for Hurricane Katrina disaster assistance and asked her to certify that the information she
18 provided to FEMA was correct.  On November 24, 2005, McKnight signed and returned form
19 90-69B, which certified as correct all the information she provided to FEMA, including her
20 falsified New Orleans address.
21     5.  McKnight subsequently received disaster relief funds from FEMA.
22 //
23 //
24 //
25 //
26 //
27 //
28 //

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
-2-

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed March 12, 2008, at Oakland, California.

DATED:     4/2/08            Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
SARALA V. NAGALA
Law Clerk
United States Attorney's Office

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
-3-