JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. CR-08-0208-WDB |
| Plaintiff,  ) | |
| v.  ) | **[PROPOSED] ORDER FOR SUMMONS** |
| VANESSA McKNIGHT,  ) | |
| Defendant.  ) | |

Having reviewed the Declaration of Sarala Nagala, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Vanessa McKnight, 650 E. 17th Street, Apartment 16, Oakland, CA 94607, to appear on April 15, 2008 at 10:00 am before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____

JUDGE JAMES LARSON
United States Magistrate Judge

ORDER FOR SUMMONS