1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9                            OAKLAND DIVISION

10  UNITED STATES OF AMERICA,        )   Case No.CR-08-0208-WDB
                                     )
11        Plaintiff,                 )
                                     )
12     v.                            )   [PROPOSED] ORDER FOR SUMMONS
                                     )
13  VANESSA McKNIGHT,                )
                                     )
14        Defendant.                 )
                                     )
15

16

17      Having reviewed the Declaration of Sarala Nagala, the Court finds that probable cause exists
18  to believe that an offense has been committed.  Accordingly, pursuant to Fed. R. Crim. P.
19  58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Vanessa
20  McKnight, 650 E. 17th Street, Apartment 16, Oakland, CA 94607, to appear on April 15, 2008 at
21  10:00 am before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed
22  by the United States Attorney.

23

24      IT IS SO ORDERED.

25  Dated: April 4, 2008

26                                        JUDGE JAMES LARSON
                                          United States Magistrate Judge
27

28

ORDER FOR SUMMONS