JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Chief, Oakland Branch

MAUREEN BESSETTE (NYSBN 246854)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   Email: Maureen.Bessette@usa.doj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-08-0208-WDB |
|    Plaintiff, ) | |
| v. ) | **DECLARATION Of SARALA NAGALA IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| VANESSA McKNIGHT, ) | |
|    Defendant. ) | |

I, Sarala Nagala, hereby declare as follows:

1. I am a Law Clerk in the United States Attorney's Office assigned to this case. I have received the following information from agents employed by the Department of Homeland Security Office of the Inspector General (DHS OIG) and from reports and other documents provided to me by the DHS OIG.

2. Hurricane Katrina made landfall in the southeastern United States on August 29, 2005. On or about September 16, 2005, McKnight contacted the Federal Emergency Management Agency (FEMA) and applied for Hurricane Katrina disaster assistance by providing the following false information: (1) her primary residence was 2725 Hamilton Street, New Orleans,

////

DECLARATION Of SARALA NAGALA IN SUPPORT OF UNITED STATES' MOTION
FOR SUMMONS
CR-08-0208-WDB

1  Louisiana 70118; (2) her residence and personal property were damaged by Hurricane Katrina;
2  and (3) access to her residence was restricted as a result of the disaster.
3      3.  When McKnight applied for FEMA disaster assistance, she in fact resided in Oakland,
4  California, at the Shekinah Glory Worship Center Academy (SGWCA).  The proof that she
5  resided in Oakland, California, rather than New Orleans, Louisiana, is the following: (1) a
6  statement from Evelyn Combs, a former SGWCA employee, that McKnight moved into the
7  SGWCA on June 15, 2005, and was living there when Hurricane Katrina hit New Orleans; (2) a
8  County of Alameda Monthly Eligibility Report showing that, on August 2, 2005, McKnight
9  applied for financial assistance and food stamps with Alameda County, California, and listed her
10 SGWCA address on the application; (3) a County of Alameda Monthly Eligibility Report
11 showing that McKnight received financial aid and food stamps at her SGWCA address for the
12 months of July and August 2005; and (4) Social Security Administration records showing that,
13 on August 23, 2005 (six days before Hurricane Katrina), McKnight applied for a replacement
14 Social Security Card at the Social Security office in Oakland, California, and listed her SGWCA
15 address on the application.
16     4.  On September 17, 2005, FEMA mailed McKnight a letter that confirmed her application
17 for Hurricane Katrina disaster assistance and asked her to certify that the information she
18 provided to FEMA was correct.  On November 24, 2005, McKnight signed and returned form
19 90-69B, which certified as correct all the information she provided to FEMA, including her
20 falsified New Orleans address.
21     5.  McKnight subsequently received disaster relief funds from FEMA.
22     6.  A summons was issued on April 7, 2008, for McKnight's last known address.  The
23 summons was not executed.  This is a second summons to a different address obtained through
24 an electronic search by Agent Rick Fuentes of DHS OIG.
25 ///
26 ///
27 ///
28 ///

DECLARATION Of SARALA NAGALA IN SUPPORT OF UNITED STATES' MOTION
FOR SUMMONS
CR-08-0208-WDB

1     7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed April 15, 2008, at Oakland, California.

DATED:    4/15/08             Respectfully submitted,

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

                              /s/
                              SARALA V. NAGALA
                              Law Clerk
                              United States Attorney's Office

DECLARATION Of SARALA NAGALA IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS
CR-08-0208-WDB

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Chief, Oakland Branch

MAUREEN BESSETTE (NYSBN 246854)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   Email: Maureen.Bessette@usa.doj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-08-0208-WDB |
|    Plaintiff, ) | |
| v. ) | **DECLARATION Of SARALA NAGALA IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| VANESSA McKNIGHT, ) | |
|    Defendant. ) | |

I, Sarala Nagala, hereby declare as follows:

1. I am a Law Clerk in the United States Attorney's Office assigned to this case. I have received the following information from agents employed by the Department of Homeland Security Office of the Inspector General (DHS OIG) and from reports and other documents provided to me by the DHS OIG.

2. Hurricane Katrina made landfall in the southeastern United States on August 29, 2005. On or about September 16, 2005, McKnight contacted the Federal Emergency Management Agency (FEMA) and applied for Hurricane Katrina disaster assistance by providing the following false information: (1) her primary residence was 2725 Hamilton Street, New Orleans,

////

DECLARATION Of SARALA NAGALA IN SUPPORT OF UNITED STATES' MOTION
FOR SUMMONS
CR-08-0208-WDB

1  Louisiana 70118; (2) her residence and personal property were damaged by Hurricane Katrina;
2  and (3) access to her residence was restricted as a result of the disaster.
3      3.  When McKnight applied for FEMA disaster assistance, she in fact resided in Oakland,
4  California, at the Shekinah Glory Worship Center Academy (SGWCA).  The proof that she
5  resided in Oakland, California, rather than New Orleans, Louisiana, is the following: (1) a
6  statement from Evelyn Combs, a former SGWCA employee, that McKnight moved into the
7  SGWCA on June 15, 2005, and was living there when Hurricane Katrina hit New Orleans; (2) a
8  County of Alameda Monthly Eligibility Report showing that, on August 2, 2005, McKnight
9  applied for financial assistance and food stamps with Alameda County, California, and listed her
10  SGWCA address on the application; (3) a County of Alameda Monthly Eligibility Report
11  showing that McKnight received financial aid and food stamps at her SGWCA address for the
12  months of July and August 2005; and (4) Social Security Administration records showing that,
13  on August 23, 2005 (six days before Hurricane Katrina), McKnight applied for a replacement
14  Social Security Card at the Social Security office in Oakland, California, and listed her SGWCA
15  address on the application.
16      4.  On September 17, 2005, FEMA mailed McKnight a letter that confirmed her application
17  for Hurricane Katrina disaster assistance and asked her to certify that the information she
18  provided to FEMA was correct.  On November 24, 2005, McKnight signed and returned form
19  90-69B, which certified as correct all the information she provided to FEMA, including her
20  falsified New Orleans address.
21      5.  McKnight subsequently received disaster relief funds from FEMA.
22      6.  A summons was issued on April 7, 2008, for McKnight's last known address.  The
23  summons was not executed.  This is a second summons to a different address obtained through
24  an electronic search by Agent Rick Fuentes of DHS OIG.
25  ///
26  ///
27  ///
28  ///

DECLARATION Of SARALA NAGALA IN SUPPORT OF UNITED STATES' MOTION
FOR SUMMONS
CR-08-0208-WDB

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed April 15, 2008, at Oakland, California.

DATED:     4/15/08                           Respectfully submitted,

                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney


                                                     /s/
                                             SARALA V. NAGALA
                                             Law Clerk
                                             United States Attorney's Office

DECLARATION Of SARALA NAGALA IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS
CR-08-0208-WDB

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-08-0208-WDB |
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER FOR SUMMONS** |
| VANESSA McKNIGHT, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Sarala V. Nagala, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Vanessa McKnight, 7510 Ney Avenue, Apartment D, Oakland, CA 94605, to appear on May 6, 2008 at 10:00 am before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____

WAYNE D. BRAZIL
United States Magistrate Judge

[PROPOSED] ORDER FOR SUMMONS
CR-08-0208-WDB