JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-08-0208-WDB |
| Plaintiff, | ) | |
| v. | ) | **ORDER FOR SUMMONS** |
| VANESSA McKNIGHT, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Sarala V. Nagala, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Vanessa McKnight, 7510 Ney Avenue, Apartment D, Oakland, CA 94605, to appear on May 6, 2008 at 10:00 am before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: April 17, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge

ORDER FOR SUMMONS
CR-08-0208-WDB