**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*Ronald V. Dellums Federal Building*
*1301 Clay Street, Suite 340S*             *(510) 637-3680*
*Oakland, California 94612-5217*            *FAX:(510) 637-3724*

April 28, 2008

HAND DELIVERY

Honorable Wayne D. Brazil
United States District Court
1301 Clay Street
Oakland, CA 94612

    Re: United States v. Vanessa McKnight, CR08-0208WDB

Dear Honorable Judge Brazil:

    I request that the above matter be moved from May 6, 2008 at 10 a.m. to May 7, 2008 at 10 a.m. Ms. McKnight contacted our office apprising us of a conflict in her schedule for May 6, 2008. Please feel free to contact me with any questions.

                                JOSEPH P. RUSSONIELLO
                                United States Attorney
                                Northern District of California

By: _____
        MAUREEN C. BESSETTE
        Assistant U.S. Attorney