~~PROPOSED~~ ORDER/COVER SHEET

TO:   Honorable Wayne D. Brazil          RE:   Vanessa McKnight
      U.S. Magistrate Judge

FROM: Claudette M. Silvera, Chief        DOCKET NO.:   CR08-00208 WDB
      U.S. Pretrial Services Officer

DATE: May 15, 2008

FILED
MAY 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Carol K.J. Mendoza                       510-637-3751
U.S. Pretrial Services Officer           TELEPHONE NUMBER

RE:   Pretrial Release Conditions

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ]   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ]   Inform all parties concerned that a Bail Review Hearing will be conducted by:
      Magistrate Judge_____   Presiding District Court Judge_____

[ ]   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ]   Modification(s)
      A.
      B.

[ ]   Bail Revoked/Bench Warrant Issued.

[ ]   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ]   Other Instructions:

_____          _5-22-08_____
JUDICIAL OFFICER  /s/ Wayne D. Brazil     DATE

Cover Sheet (12/03/02)   Cover sheet only: WDB's Stats Pretrial; Parties of record via ECF,