JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MAUREEN C. BESSETTE (NYSBN 2468254)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, CA, 94612
    Telephone: (510) 637-3691
    Facsimile: (510) 637-3724
    E-mail: maureen.bessette@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08-0208 WDB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION RE: RESTITUTION DUE AND OWING AND [PROPOSED] ORDER |
| VANESSA MCKNIGHT, | ) |
| Defendant. | ) |

Entry of the guilty plea and sentencing in the above matter occurred before the Court on June 3, 2008 at 10:00 a.m. The Court requested that the parties provide it with the total amount of restitution due and owing by the defendant. The parties agree to and stipulate that the defendant owes restitution to Federal Emergency Management Agency in the amount of $20,713.79.

It is so stipulated.

DATED: 6/4/08

JOYCE LEAVITT
Counsel for Vanessa McKnight

DATED:

MAUREEN C. BESSETTE
Assistant U.S. Attorney

STIPULATION & PROPOSED ORDER
(CR 08-0208 WDB)

## ORDER

The Court orders that the defendant pay $20,713.79 to the Federal Emergency Management Agency.

IT IS SO ORDERED.

DATED: _____

WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE