1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  MAUREEN C. BESSETTE (NYSBN 2468254)
   Assistant United States Attorney
5      1301 Clay Street, Suite 340S
       Oakland, CA, 94612
6      Telephone: (510) 637-3691
       Facsimile: (510) 637-3724
7      E-mail: maureen.bessette@usdoj.gov

8  Attorneys for United States of America

9

**FILED**

**JUN 9 - 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )      No. CR 08-0208 WDB
                                     )
14              Plaintiff,           )
                                     )      STIPULATION RE: RESTITUTION DUE
15       v.                          )      AND OWING AND [~~PROPOSED~~] ORDER
                                     )
16                                   )
    VANESSA MCKNIGHT,                )
17                                   )
                Defendant.           )
18  _____)

19       Entry of the guilty plea and sentencing in the above matter occurred before the Court on

20  June 3, 2008 at 10:00 a.m. The Court requested that the parties provide it with the total amount

21  of restitution due and owing by the defendant. The parties agree to and stipulate that the

22  defendant owes restitution to Federal Emergency Management Agency in the amount of

23  $20,713.79.

24  It is so stipulated.

25  DATED:
                            _____
26                          JOYCE LEAVITT
                            Counsel for Vanessa McKnight
27  DATED:
                            _____
28                          MAUREEN C. BESSETTE
                            Assistant U.S. Attorney

STIPULATION & ~~PROPOSED~~ ORDER
(CR 08-0208 WDB)
    cc:  WDB's Stats, Copy to parties via ECF
         Probation, Financial

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  MAUREEN C. BESSETTE (NYSBN 2468254)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, CA, 94612
6       Telephone: (510) 637-3691
        Facsimile: (510) 637-3724
7       E-mail: maureen.bessette@usdoj.gov

8  Attorneys for United States of America

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                        OAKLAND DIVISION
12

13  UNITED STATES OF AMERICA,        )    No. CR 08-0208 WDB
                                     )
14              Plaintiff,           )
                                     )    STIPULATION RE: RESTITUTION DUE
15       v.                          )    AND OWING AND [PROPOSED] ORDER
                                     )
16  VANESSA MCKNIGHT,                )
                                     )
17              Defendant.           )
                                     )
18  ─────────────────────────────────)

19       Entry of the guilty plea and sentencing in the above matter occurred before the Court on

20  June 3, 2008 at 10:00 a.m.  The Court requested that the parties provide it with the total amount

21  of restitution due and owing by the defendant.  The parties agree to and stipulate that the

22  defendant owes restitution to Federal Emergency Management Agency in the amount of

23  $20,713.79.

24  It is so stipulated.

25  DATED: 6/4/08                     _____
                                      JOYCE LEAVITT
26                                    Counsel for Vanessa McKnight

27  DATED:                           _____
                                      MAUREEN C. BESSETTE
28                                    Assistant U.S. Attorney

    ─────────────────────────────────────────────────
    STIPULATION & PROPOSED ORDER
    (CR 08-0208 WDB)

1

2                                    <u>ORDER</u>

3            The Court orders that the defendant pay $20,713.79 to the Federal Emergency

4    Management Agency.

5    IT IS SO ORDERED.

6

7    DATED: 6-9-08

8                                        WAYNE D. BRAZIL
                                         UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28