06/09/2008 01:17 PM EST

Version 7.0.1

**FILED**
JUN 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Case Debt Type Payment Report**
**U.S. Courts**

Oakland

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN408CR000208 | | US VS MCKNIGHT | | | | | | | |
| 001 | VANESSA MCNIGHT | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 44611002246 | 1 | PR | 25.00 | 06/03/2008 |
| | | | | | | Division Payment Total | | | 25.00 | |
| | | | | | | Grand Total | | | 25.00 | |

$ 25.00  SPECIAL ASSESSMENT
         PAID IN FULL        on 6/3/08

Page 1 of 1