JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

MATTHEW DELLABETTA
Law Clerk

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3737
   Fax: (510) 637-3724
   E-Mail: matthew.dellabetta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00208-01 MAG |
|    Plaintiff, ) | **UNITED STATES' MOTION TO ORDER DISCOVERY; [PROPOSED] ORDER** |
| v. ) | |
| VANESSA McKNIGHT, ) | |
|    Defendant. ) | |

     On April 27, 2010, the parties initially appeared before the Court regarding the Defendant's violation of probation. Defense counsel requested, and the Court ordered, that the matter be continued to June 10, 2010 to allow defense counsel time to negotiate a resolution of the matter and to conduct discovery. The United States respectfully requests the Court to issue an order allowing the United States Probation Office to disclose discovery to the parties. This includes evidence of the Defendant's restitution payment history and the Report of Investigation

///

///

United States' Motion to Order Discovery
CR-08-00208-01 MAG

from the Alameda County District Attorney's Office regarding the Defendant's pending welfare fraud case. Counsel for the Defendant does not oppose this motion.

DATED: May 27, 2010                     Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney


                                        _____/s/_____
                                        WADE M. RHYNE
                                        Assistant United States Attorney

                                        MATTHEW DELLABETTA
                                        Law Clerk

## [PROPOSED] ORDER

The United States Probation Office is hereby ordered to disclose to the parties discovery relating to the allegations in the current case.

IT IS SO ORDERED.

DATED: May 28, 2010                     _____
                                        LAUREL BEELER
                                        United States Magistrate Judge

United States' Motion to Order Discovery
CR-08-00208-01 MAG                      -2-